UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :

FERESHTEH ABBASI MAHMOUDABADI,      :

                        Plaintiff,                :              25-CV-1441 (JMF)

                -v-                          :                 <u>ORDER</u>

UNITED STATES DEPARTMENT OF STATE, et al., :

                       Defendants.            :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     In light of Defendants' pending motion to dismiss, ECF No. 13, the initial pretrial conference scheduled for September 23, 2025, and all associated deadlines are hereby ADJOURNED *sine die*.

     SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                                        JESSE M. FURMAN
                                                 United States District Judge