UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FERESHTEH ABBASI MAHMOUDABADI,                  :
:
                       Plaintiff,                  :        25-CV-1441 (JMF)
:
        -v-                                     :        ORDER
:
UNITED STATES DEPARTMENT OF STATE, et al.,      :
:
                       Defendants.                 :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 3, 2025, Plaintiff filed an unopposed motion to stay this case pending adjudication of Plaintiff's relative visa applications. *See* ECF No. 21. That motion is GRANTED. Plaintiff is directed to file a status report on **January 2, 2026**, apprising the Court of the status of the visa applications. The Clerk of Court is directed to terminate ECF No. 21.

       SO ORDERED.

Dated: November 4, 2025
       New York, New York                                  JESSE M. FURMAN
                                                      United States District Judge