UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                          :
FERESHTEH ABBASI MAHMOUDABADI,                            :
                                                          :
                    Plaintiff,                            :
                                                          :
          -v-                                             :            25-CV-1441 (JMF)
                                                          :
UNITED STATES DEPARTMENT OF STATE, et al.,                :            ORDER OF DISMISSAL
                                                          :
                    Defendants.                           :
                                                          :
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     On January 5, 2026, the Court issued an order directing the parties to confer and file a letter by January 8, 2026, if they objected to administratively closing the case without prejudice to reopening within sixty days.  *See* ECF No. 24.  No letter has been filed to date.  Accordingly, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the case is not mooted by that time and Plaintiff wishes to renew the request for relief.  To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

     Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

     SO ORDERED.

Dated: January 9, 2026
       New York, New York

_____
JESSE M. FURMAN
United States District Judge